UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSE NIEVES and COLLIN DEWAR on behalf of themselves and all others similarly situated,

                Plaintiffs,

- against -

COMMUNITY CHOICE HEALTH PLAN OF WESTCHESTER, INC., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 08 Civ. 0321 (KMK)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of John Houston Pope, Esq., of Epstein Becker & Green, P.C., as an attorney of record for Defendants.

I certify that I was admitted to practice in this District on June 25, 1991.

Dated: April 7, 2008

           Respectfully submitted,

           **EPSTEIN BECKER & GREEN, P.C.**

           s/John Houston Pope
              John Houston Pope

           250 Park Avenue
           New York, New York 10177
           Phone: 212.351.4500
           Fax:    212.878.8741
           e-mail: jhpope@ebglaw.com

-----------------------------------------------------------------------------------------------------------

### CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

           s/ John Houston Pope

John Houston Pope