*Karas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
JOSE NIEVES and COLLIN DEWAR on behalf of : ECF case
themselves and all others similarly situated, :
                                  Plaintiff,  : Case No. 08 Civ. 0321 (KMK)
        - against -
COMMUNITY CHOICE HEALTH PLAN OF : **STIPULATION FOR**
WESTCHESTER, INC., et al., : **EXTENSION OF TIME TO**
                         Defendants. : **MOVE OR ANSWER**
---------------------------------------- x

       IT IS HEREBY stipulated and agreed by and between the attorneys for the parties that the time for defendants to answer or otherwise respond to the complaint herein is further extended to and including April 21, 2008.

Dated: April 4, 2008

**LANKENAU & MILLER, LLP**

By_____
   Stuart J. Miller

132 Nassau St., Suite 423
New York, NY 10038
(212) 581 – 5005
*Attorneys for Plaintiff*

**EPSTEIN BECKER & GREEN, P.C.**

By_____
   John Houston Pope

250 Park Avenue
New York, NY 10117
(212) 351 – 4500
*Attorneys for Defendants*

SO ORDERED:

_____
U.S.D.J.

DATED: 4/8/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```